FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 2 2007 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT BINYARD,　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　06-CV- 6814 (JG)
　　　　　　　　　Plaintiff,

　　-against-

NEW YORK CITY PARKS DEPARTMENT
DEPARTMENT OF PARKS AND RECREATION,

　　　　　　　　　Defendants.
-------------------------------------------------------------X

　　　　　A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 8, 2007, dismissing the action because it fails to state claim upon which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii); directing plaintiff to show cause, by written affirmation, within thirty (30) days of the date of this Order, why the Court should not bar the acceptance of any future *in forma pauperis* complaints for filing without prior leave of the Court; ordering that if plaintiff fails to show cause within the time allotted, he shall be barred from filing any future *in forma pauperis* complaint in this Court without prior leave of the Court; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

JUDGMENT
06-CV- 6814 (JG)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the action is dismissed because it fails to state a claim upon which relief my be granted; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
February 09, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court